**Harold A. DUREL, Plaintiff-Appellant,**

**v.**

**The SOUTHERN PACIFIC RAILROAD, Defendant-Appellee,**

**Aetna Casualty & Surety Company, Intervenor-Appellee.**

**No. 31028**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

June 25, 1971.

Gibson Tucker, Jr., New Orleans, La., Howard B. DeJean, Jr., Opelousas, La., Tucker & Schonekas, New Orleans, La., for plaintiff-appellant.

Richard C. Meaux, Davidson, Meaux, Onebane & Donohoe, Lafayette, La., for Southern Pacific.

Patrick A. Juneau, Jr., Lafayette, La., for Aetna.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).